IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JUAN ALFREDO NUNEZ-LINCON                                                           PLAINTIFF

VS.                                                          CIVIL ACTION NO. 5:08cv174DCB-MTP

CONSTANCE REESE, et al                                                             DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court. Accordingly, Plaintiff's motion for injunctive relief [14] is denied.

SO ORDERED this the   27th   day of   August  , 2008

                                                              s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE